1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10

11   CHRISTIAN GUZMAN,                    Case No. CV 14-06974 JVS (AFM)

12                    Petitioner,
                                          **JUDGMENT**
13          v.

14   FRED FOULK, Warden,

15                    Respondent.

16

17          Pursuant to the Order Accepting Findings and Recommendations of the

18   United States Magistrate Judge,

19          IT IS ORDERED AND ADJUDGED that the Petition is denied and the

20   action is dismissed with prejudice.

21

22   DATED:  March 22, 2016

23

24                                    _____
25                                        JAMES V. SELNA
                                       UNITED STATES DISTRICT JUDGE
26

27

28